UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BATH UNLIMITED, INC., :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>GINARTE O'DWYER, et al., :<br>:<br>Defendants. :| Civil Action No. 04-3919 (SRC)<br><br>**ORDER**<br>**CLOSED** |

**CHESLER, U.S.D.J.**

**THIS MATTER** having come before the Court on the motion for default judgment against 84 individual Defendants, pursuant to FED. R. CIV. P. 55(b)(1), by Plaintiff Bath Unlimited, Inc. ("Bath"); and this Court having ordered on December 13, 2006 that this matter be referred to Magistrate Judge Hedges for an evidentiary hearing to establish the amount of damages, pursuant to 28 U.S.C. § 636(b)(1)(B); and it appearing that, on February 15, 2007, Magistrate Judge Hedges issued a Report and Recommendation ("R&R") on this matter, pursuant to FED. R. CIV. P. 72(b), L. CIV. R. 72.1(a)(2), and 28 U.S.C. § 636(b)(1)(B); and it appearing that a magistrate judge's recommended disposition of a dispositive matter is subject to de novo review, In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); FED. R. CIV. P. 72(b); and it appearing that no objections to the R&R have been filed; and it appearing that this Court has reviewed the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Hedges' analysis and conclusions; and good cause appearing,

**IT IS, THEREFORE**, on this 13th day of March, 2007,

**ORDERED** that Magistrate Judge Hedges' R&R (Docket Entry No. 52) is **ADOPTED**

as the opinion of the Court; and it is further

**ORDERED** that judgment is hereby entered in favor of Plaintiff and against Defendants Ramona Abreu, Cruz Aguilar, Julian Alcantara, Leonidas Aristy, Maria Bolanos, Americo Cancel, Elba Casiano, Nelsi Cerda, Kaberi Chowdury, Juan Cordera, Enorinda De Leone, Rosanna Diaz, Francisca Dominguez, Widdy L. Esquea, Rosa Flaz-Novas, Dolores E. Felix, Juanita Garcia, Romualden Garnelo, Dinorah Gonzalez, Olimpia Gonzalez, Aura Guichardo, Maria Hernandez, Mayra Hernandez, Amaralis Irrizarri, Maria, Irrizarri, Amanda Jaramillo, Aridia Javier, Milagros Javier, Carlota Lopez, Julia Lopez, Maria Maldonado, Maria Marroquin, Lourden Marte, George Martinez, Julia Martinez, Bernarda Mata, Julia Martinez, Victor Melgar, Estella Mendez, Maria Mercedes, Evelio Montalvo, Juana Montes De Oca, Noris Montes De Oca, Elidas Morales, Margot Morales, Gladys Murillo, Isabel D. Nieves, Alba Obando, Margarito Olaya, Yolanda Olaya, Angelina Olivera, Ana Ortiz, Paula Ortiz, Reynaldo Otero, Ana Pabon, Dinora Palacios, Consuelo Paredes, Candida Perez, Digna Perez, Maria Perez, Jacqueline Polanco, Maria Pontier, Maria Quelix, Nieve Quelix, Thelma Reynoso, Beatriz Rivera, Petro Robles, Aurelia Rodriguez, Felicita Rodriguez, Luz Rodriguez, Georgina Romero, Keyla Rosa, Luisa Rosas, Maria Santiago, Maria A. Santiago, Herminia Serra, Anna Szeligowska, Juana Teruya, Esteban Torres, Juana Valdez, Neysi Vargas, Luisa Velasquez, Rosa Williams and Ana Zuluaga, jointly and severally, in the amount of $1,914,012.60 in compensatory damages and in the additional amount of $350,678.08 in attorneys fees and costs, for a total judgment of $2,264,690.68.

                                                                            s/ Stanley R. Chesler
                                                        Stanley R. Chesler, U.S.D.J.